UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF ENERGY and U.S. DEPARTMENT OF STATE,<br><br>    Defendants. | Civil Action No. 23-0206 (SLS) |

# JOINT STATUS REPORT

Pursuant to the Court's February 18, 2026, Minute Order, Plaintiff and Defendant U.S. Department of State ("State"), by and through undersigned counsel, hereby provide the following joint status report "addressing whether there are any remaining disputes regarding the Department of State's production."

1. This action under the Freedom of Information Act ("FOIA") was filed by Plaintiff on January 25, 2023, seeking records pertaining to the Strategic Petroleum Reserve and oil and gas exports.

2. State provided Plaintiff a draft *Vaughn* index on February 18, 2026.

3. On February 25, 2026, Plaintiff informed State that it reviewed the draft *Vaughn* and maintains its challenge to 3 records which applied FOIA Exemptions 4 and 5.

4. The parties will brief summary judgment per the schedule ordered by the Court.

Dated: March 5, 2026                                    Respectfully submitted,

*/s/ Ryan P. Mulvey*                                      JEANINE FERRIS PIRRO
Ryan P. Mulvey                                              United States Attorney
D.C. Bar #1024362

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION<br>4201 Wilson Blvd., Ste. 1000<br>Arlington, VA 22203<br>(571) 444-2841<br>rmulvey@afphq.org<br><br>*Counsel for Plaintiff* | By: */s/ Kaitlin K. Eckrote*<br>KAITLIN K. ECKROTE<br>D.C. Bar #1670899<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2485<br>Kaitlin.Eckrote@usdoj.gov<br><br>*Counsel for the United States of America* |