UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>      Defendant. | Civil Action No. 23-0206 (SLS) |

## JOINT STIPULATION OF DISMISSAL AS TO DEFENDANT U.S. DEPARTMENT OF ENERGY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the partial dismissal of this action with prejudice as against Defendant U.S. Department of Energy ("Energy").

Plaintiff Americans for Prosperity Foundation ("AFPF") filed a motion for summary judgment concerning its claims against Energy on February 20, 2026. *See* ECF No. 33. In lieu of filing an opposition and cross-motion, Energy decided to produce the contested records in full to AFPF on March 6, 2026. Because there are no outstanding legal issues pertaining to Energy's treatment of responsive records, the parties agree that Energy can be dismissed as a defendant. This stipulation does not apply to Plaintiff's claims brought against Defendant U.S. Department of State.[1]

---

[1] *See U.S. All Assets Held at Bank Julius Baer & Co.*, 307 F.R.D. 249, 252 (D.D.C. 20214) ("Although [Rule 41's] text refers to 'an action,' most federal courts agree that parties may voluntarily dismiss from a case only certain defendants."); *Detroit Int'l Bridge Co. v. Gov't of Canada*, No. 10-0476, 2011 WL 6010230, at *2 (D.D.C. Dec. 1, 2011) (same); *Reetz v. Jackson*, 176 F.R.D. 412, 413 & 413 n.2 (D.D.C. 1997) (same.).

| | |
|---|---|
| Dated: March 6, 2026 | Respectfully submitted, |
| | |
| */s/ Ryan P. Mulvey* | JEANINE FERRIS PIRRO |
| Ryan P. Mulvey | United States Attorney |
| D.C. Bar #1024362 | |
| AMERICANS FOR PROSPERITY FOUNDATION | By: */s/ Kaitlin K. Eckrote* |
| | KAITLIN K. ECKROTE |
| 4201 Wilson Blvd., Ste. 1000 | D.C. Bar #1670899 |
| Arlington, VA 22203 | Assistant United States Attorney |
| (571) 444-2841 | 601 D Street, NW |
| rmulvey@afphq.org | Washington, DC 20530 |
| | (202) 252-2485 |
| *Counsel for Plaintiff* | Kaitlin.Eckrote@usdoj.gov |
| | |
| | *Counsel for the United States of America* |