# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, <br><br> *Plaintiff*, <br><br> v. <br><br> U.S. DEPARTMENT OF STATE, <br><br> *Defendant*. | Civil Action No. 23-0206 (SLS) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice with each party to bear its own costs, fees, and expenses.[1]

On March 20, 2026, Defendant U.S. Department of State provided Plaintiff Americans for Prosperity Foundation with a supplemental release of records.  In light of the additional material disclosed by the agency, the parties agree there are no longer any outstanding legal disputes.

Dated: March 23, 2026

*/s/ Ryan P. Mulvey*
Ryan P. Mulvey
D.C. Bar #1024362
AMERICANS FOR PROSPERITY
FOUNDATION
4201 Wilson Blvd., Ste. 1000
Arlington, VA 22203
(571) 444-2841
rmulvey@afphq.org

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2485
Kaitlin.Eckrote@usdoj.gov

*Counsel for the United States of America*

---

[1] The U.S. Department of Energy was previously dismissed as a defendant.  *See* ECF No. 35.